166-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ELITE SHIPPING LIMITED,

      Plaintiffs,

  -against-

BELARUSIAN SHIPPING CO.,

      Defendant.
-----------------------------------------------------------------x

08 CV - 03393 (PKL)

**RULE 7.1 STATEMENT**

  The Plaintiff, ELITE SHIPPING LIMITED, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff (a private non-governmental party) is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
   April 7, 2008

          FREEHILL HOGAN & MAHAR, LLP
          Attorneys for Plaintiff
          ELITE SHIPPING LIMITED

        By: _____
          Peter J. Gutowski (PG 2200)
          80 Pine Street
          New York, NY 10005
          Telephone: (212) 425-1900/Facsimile: (212) 425-1901

NYDOCS1/301768.1